**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Interest of Joseph A. C.,

A Juvenile under the Age of Seventeen, Appellant.

Appellate Case No. 2010-172606

————————

Appeal From Lancaster County
Brian M. Gibbons, Family Court Judge

————————

Unpublished Opinion No. 2012-UP-376
June 1, 2012 – Filed June 20, 2012

————————

**APPEAL DISMISSED**

————————

LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for Respondent.

————————

**PER CURIAM:**  Joseph A. C. filed an appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), of the family court's order adjudicating him delinquent on the charge of committing a lewd or lascivious act on a minor under the age of sixteen

years, arguing the family court erred in denying his motion for a directed verdict. We dismiss the appeal as interlocutory. *See In the Interest of Lorenzo B.*, 307 S.C. 439, 439, 415 S.E.2d 795, 795 (1992) ("An order adjudicating a juvenile to be a delinquent is not immediately appealable. Instead, an appeal may only be taken after the imposition of final judgment at the dispositional hearing."). In addition, we grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.